**No. 09-9936. Quantrelle Green, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2422, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3833.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 40.

**No. 09-9937. Christopher J. Hilton, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2423, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3842.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9946. Stevenson Charles, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2423, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3743.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 1.

**No. 09-9948. Walter Henry, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2423, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3867.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 356 Fed. Appx. 423.

**No. 09-9949. Jermaine Bell, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2423, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3715.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 442.

**No. 09-9951. Moshe Dayan Aitch, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2423, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3794.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 788.

**No. 09-9960. Eusebio Escobar de Jesus, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3680,

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9961. George Richard Chapman, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3831.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 487.